## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lance Phillip Wickner,                                   Civil No. 06-1727 (DWF/RLE)

      Petitioner,

v.                                                                              **ORDER**

Joan Fabian, Minnesota Commissioner
of Corrections,

      Respondent.

---

Lance Phillip Wickner, *Pro Se*, Petitioner.

Kimberly R. Parker and Thomas R. Ragatz, Assistant Attorneys General, Minnesota Attorney General's Office, counsel for Respondent.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

**ORDERED:**

That the Petitioner's application for Habeas Corpus Relief under Title 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated:  April 20, 2007           s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court